



Home | Español | Site Map

FORMS   NEWS   RESOURCES   LAWS   OUTREACH   ABOUT US

## ✓ Success! Address change request submitted.

**Updated Address To:**

**FENG DI   CHEN**
**85-01 60 RD**
**MIDDLE VILLAGE, NY 11379**

Your confirmation number is:

**AR-11: COA03317001350**

**Service Request: CA10331702796TSC**

Expect a reply by: **February 14, 2017**

**IMPORTANT:** Be sure to also give your new address to the U.S. Postal Service. You can change your address at usps.com or visit your local post office.

**Print Completed AR-11 Form**

Return to Change of Address    View all USCIS Customer Service Online Tools

Contact Us | White House.gov | U.S. Department of Homeland Security | Freedom of Information Act (FOIA)
Site Map (Index) | US Department of State | US Customs & Border Protection | No FEAR Act
Careers at USCIS | USA.gov | US Immigration & Customs Enforcement | Website Policies
Adobe PDF Reader | SAVE | | Privacy Policy
Windows Media Player | SAVE Case Check | | Accessibility



# Alien's Change of Address Card

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form AR-11
OMB No. 1615-0007
Expires 08/31/2018

**NOTE:** An asterisk (*) indicates a mandatory field that must be completed.

## Information About You

*Family Name (Last Name): CHEN
*Given Name (First Name): FENG DI
Middle Name (if applicable):

I am in the United States as a: ☐ Visitor  ☐ Student  ☐ Permanent Resident  ☒ Other (Specify) ASYLEE

Country of Citizenship: China
*Date of Birth (mm/dd/yyyy): 02/13/1976

Alien Registration Number (A-Number) (if any)
▶ A- 087637131

## Information About Your Address

**\*Present Physical Address** (No PO Boxes)

*Street Number and Name: 85-01 60 RD
Apt. Ste. Flr. ☐ ☐ ☐   Number:
*City or Town: MIDDLE VILLAGE
*State: NY
*ZIP Code: 11379

**Previous Physical Address**

Street Number and Name: 5957 YADKIN RD
Apt. Ste. Flr. ☐ ☐ ☐   Number:
City or Town: FAYETTEVILLE
State: NC
ZIP Code: 28303

**Mailing Address** (optional)

Street Number and Name: 85-01 60 RD
Apt. Ste. Flr. ☐ ☐ ☐   Number:
City or Town: MIDDLE VILLAGE
State: NY
ZIP Code: 11379

## Your Signature

*Your Signature:
Date of Signature (mm/dd/yyyy): 02/02/2017

Your confirmation number is: COA03317001350

Form AR-11   08/31/15   N

Page 1 of 2

## Address Change Information and Instructions

All aliens subject to registration requirements must use this form to report a change of address within 10 days of such change.  The collection of this information is required by Section 265 of the Immigration and Nationality Act (8 U.S.C. 1305).  U.S. Citizenship and Immigration Services (USCIS) uses the data collected on this form for statistical and record-keeping purposes, and may share this information with other Federal, state, local, and foreign law enforcement officials.  Failure to report a change of address is punishable by fine or imprisonment and/or removal from the United States.

**NOTE:  This form is not evidence of identity, age, or status claimed.**

## Instructions

**Complete all fields on this form, sign and date the form, and mail it to the address below.**

**Mail your completed Form AR-11 to:**

> **U.S. Department of Homeland Security**
> **Citizenship and Immigration Services**
> **Attn: Change of Address**
> **1344 Pleasants Drive**
> **Harrisonburg, VA 22801**

## USCIS Privacy Act Statement

**AUTHORITIES:**  USCIS collects this information under Section 265 of the Immigration and Nationality Act (INA), as amended, 8 U.S.C. section 1305.

**PURPOSE:**  The primary purpose for providing the requested information on this form is to report a change of address within 10 days of the change.

**DISCLOSURE:**  Failure to report a change of address may result in a fine, imprisonment and/or removal.
8 U.S.C. sections 1227(a)(3), 1306.  Failure to comply may also jeopardize your ability to obtain a future visa or other immigration benefits.

**ROUTINE USES:**  USCIS may share the information you provide on this form with other Federal, state, local, and foreign government agencies and authorized organizations in accordance with the approved routine uses described in the associated published system of records notices [DHS-USCIS-007 - Benefits Information System which can be found at **www.dhs.gov/privacy**].  The information may also be made available, as appropriate, for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid OMB control number.  The public reporting burden for this collection of information is estimated at 12 minutes per response in paper format and 6 minutes when submitted electronically, including the time for reviewing instructions, gathering the required documentation and information, completing the request, attaching necessary documentation, and submitting the request.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:  U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Ave NW, Washington, DC 20529-2140; OMB No. 1615-0007.  **Do not mail your completed Form AR-11 to this address.**

B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 18, 2013 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A087637131 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC1490089939 | December 16, 2013 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | | February 13, 1976 |

FENG DI CHEN
C/O GERALD KARIKARI LAW OFFICES OF GERALD KARIKA
305 BROADWAY STE 303
NEW YORK, NY 10007

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $985.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Customer Service Number:**

(800)375-5283
ATTORNEY COPY



C

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION NUMBER SRC1490089939 | | | NOTICE DATE 12/20/2013 |
|---|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Residence or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A087637131 | | CODE 3 |
| | TCR | SERVICE CENTER TSC | | PAGE 1 of 1 |

FENG DI CHEN
5957 YADKIN RD
FAYETTEVILLE, NC 28303



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS RALEIGH 301 ROYCROFT DRIVE DURHAM, NC 27703 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 01/16/2014 3:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

## REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

JAN 1 6 2014

APPLICATION NUMBER
I485 - SRC1490089939



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

D

## Fingerprint Fee Was Received

On December 18, 2013, we accepted the fingerprint fee for your Form I-485, Application to Register Permanent Residence or to Adjust Status, Receipt Number SRC1490089939. Our Texas Service Center location is working on your case. We mailed you a notice describing how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

## Case History

- 02/04/2016


  On February 4, 2016, your inquiry about why your case is taking longer than our processing time, referral number SR10211603539TSC, was completed.

- 02/04/2016


  On February 4, 2016, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR10211603539TSC.

- 02/01/2016


  On February 1, 2016, your inquiry about why your case is taking longer than our processing time, referral number SR10211603539TSC, was assigned to an officer for response.

- 08/06/2015


  On August 6, 2015, your inquiry about why your case is taking longer than our processing time, referral number SR12031504071TSC, was completed.

- 08/06/2015


On August 6, 2015, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR12031504071TSC.

- 08/06/2015


On August 6, 2015, your inquiry about why your case is taking longer than our processing time, referral number SR12031504071TSC, was assigned to an officer for response.

- 12/20/2014


On December 20, 2014, your inquiry about why your case is taking longer than our processing time, referral number SR13431403620TSC, was completed.

- 12/20/2014


On December 20, 2014, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number SR13431403620TSC.

- 12/19/2014


On December 19, 2014, your inquiry about why your case is taking longer than our processing time, referral number SR13431403620TSC, was assigned to an officer for response.